**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CASE SUMMARY**

(CR 04-373(B)-R, formerly)

Case Number __08-01033__     Defendant Number _____
U.S.A. v. __Meir Abergil__    Year of Birth __1954__
☑ Indictment  ☐ Information   Investigative agency (FBI, DEA, etc.) __DEA and IRS__

FILED 08 AUG 29 PM 4:08

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

### OFFENSE/VENUE

a. Offense charged as a:  ☐ Petty Offense
   ☐ Misdemeanor  ☐ Minor Offense  ☑ Felony
b. Date of offense __Unknown to 9/04.__
c. County in which first offense occurred
   __Los Angeles County__
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles       ☐ Ventura
   ☐ Orange            ☐ Santa Barbara
   ☐ Riverside         ☐ San Luis Obispo
   ☐ San Bernardino    ☐ Other _____

Citation of offense __18 USC 1962(d), 371 and__
__894, 1951, 1956, 1957, and 2, among others__

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
   IF YES  Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any:  MUST MATCH NOTICE OF RELATED CASE _____

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: _____
   Case Number _____
   Charging _____

The complaint:   ☐ is still pending
   ☐ was dismissed on: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*           ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☑ Yes*           ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

This is the ___1___ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number _____

The superseded case:
   is still pending before Judge/Magistrate Judge _____
   ☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*           ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☑ Yes*           ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☑ Yes            ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required: ☑ Yes   ☐ No
IF YES, list language and/or dialect:
Hebrew

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

**OTHER**
- ☑ Male
- ☐ Female
- ☐ U.S. Citizen
- ☑ Alien
- Alias Name(s) Meir Abergel

This defendant is charged in: ☐ All counts
☑ Only counts: 1-2 and 9-13, 32

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☑ No

The area of substantive law that will be involved in this case includes:
- ☐ financial institution fraud
- ☐ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☐ environmental issues
- ☐ mail/wire fraud
- ☐ narcotics offenses
- ☐ immigration offenses
- ☐ violent crimes/firearms
- ☐ corporate fraud
- ☐ Other: laundering/extortion

**CUSTODY STATUS**
Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____ in the amount of $ _____
c. PSA supervision?  ☐ Yes  ☐ No
d. Is a Fugitive  ☐ Yes  ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.  ☑ Yes  ☐ No

Defendant is **in** custody:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:  ☐ Yes  ☐ No
    IF YES  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
    IF YES  ☐ State  ☐ Federal  AND
Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20  ___ 21  ___ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: Suspension of statute of limitations found by the Honorable Philip S. Gutierrez.

Date  8/29/08

_Signature of Assistant U.S. Attorney_

J. Mark Childs
_Print Name_