## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 08-1033(A)-CAS | | Date | August 19, 2011 |
|---|---|---|---|---|

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | Sofia Treister - Hebrew |
|---|---|

| Rita Sanchez | Kathy Stride | Mark Childs/Benjamin Barron |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) Meir Abergil | X | X | | 2) Anthony Brooklier | X | | X |
| | | | | 2) Tiffany E. Feder | X | | X |

**Proceedings:**   **ARRAIGNMENT/CHANGE OF PLEA**

Hearing held and counsel are present. The Court confers with counsel and defendant is arraigned on the Information. The Court approves defendant's Waiver of Indictment and orders it filed forthwith. Defendant moves to change his plea to the Single-Count Information, states that his true name is as charged and is sworn.

The Court questions the defendant regarding his intention to enter a plea of GUILTY and advises the defendant of his Constitutional Rights. Defendant now enters a new and different plea of GUILTY to the Single-Count Information. The Court FINDS the plea to be knowledgeable and voluntary and orders the plea accepted and entered.

Counsel waive the preparation of the Presentence Report and request the Court proceed with sentencing.  The Court ORDERS counsel to prepare a stipulation regarding sentencing. Sentencing is set for Monday, August 22, 2011 at 12:00 p.m.

The Court requests that the Bureau of Prisons indicate whether it will honor the Court's recommendation that defendant Meir Abergil be credited for his time in custody in Israel in connection with the sentence agreed upon in the 11(c)(1)(C) plea agreement. Defendant Abergil was arrested in Israel on the extradition warrant on August 24, 2008.

The Court orders the Status Conference/Jury Trial VACATED as to this defendant.

|  |  | 00 | : | 45 |
|---|---|---|---|---|
|  | Initials of Deputy Clerk | | RS | |

cc: U.S. Marshal; BOP
    U.S. Probation Office
    U.S. Pretrial Services