1　ANDRÉ BIROTTE JR.
　　United States Attorney
2　ROBERT E. DUGDALE
　　Assistant United States Attorney
3　Chief, Criminal Division
　　J. MARK CHILDS
4　Cal. State Bar No.: 162684
　　Assistant United States Attorneys
5　Organized Crime Drug Enforcement Task Force
　　　　1400 United States Courthouse
6　　　312 North Spring Street
　　　　Los Angeles, California 90012
7　　　Telephone: (213) 894-2433
　　　　Facsimile: (213) 894-0142
8　　　E-mail: Mark.Childs@usdoj.gov
　　Attorneys for Plaintiff
9　UNITED STATES OF AMERICA

10

　　　　　　　　UNITED STATES DISTRICT COURT
11
　　　　　　FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

13　UNITED STATES OF AMERICA,　　) No. CR 08-1033(A)-CAS
　　　　　　　　　　　　　　　　) 
14　　　　　　　Plaintiff,　　　　) STIPULATION RE: SENTENCING OF
　　　　　　　　　　　　　　　　) DEFENDANT MEIR ABERGIL
15　　　v.　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
16　MEIR ABERGIL,　　　　　　　　)
　　　　　　　　　　　　　　　　)
17　　　　　　　Defendant.　　　　)
　　　　　　　　　　　　　　　　)
18　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
19　_____)

20　　　　WHEREAS, on August 19, 2011, defendant MEIR ABERGIL

21　("defendant") pled guilty to a single-count information charging

22　a violation of Title 18, United States Code, Section 894 in

23　United States v. Meir Abergil, No. CR 08-1033(A)-CAS

24　("information").

25　　　　WHEREAS, on August 19, 2011, the government and defendant

26　waived the preparation of a Presentence Report by the United

27　States Probation Office.  On that date, the Court ordered that

28　sentencing proceed on August 22, 2011 and that the parties

1  prepare a stipulation regarding sentencing.

2    WHEREAS, the United States Bureau of Prisons responded to

3  the Court's inquiry about the calculations of defendant's credits

4  for time that defendant has served in custody.  See attachment 1.

5    WHEREAS, counsel for Hai Waknine and Assaf Waknine has

6  stated that neither Hai Waknine nor Assaf Waknine will be seeking

7  restitution against defendant.  See attachment 2.

8    Plaintiff United States of America, by and through its

9  counsel of record, the United States Attorney's Office for the

10  Central District of California (the "USAO-CDC"), and defendant

11  MEIR ABERGIL, also known as Meir Abergel ("defendant"), by and

12  through his counsel of record, in regards to sentencing,

13  stipulate as follows:

14    Stipulations Regarding Judgment and Commitment Order

15    1.   Defendant pay to the United States a special assessment

16  of $100, which is due immediately.

17    2.   It be ordered that defendant shall pay to the United

18  States a total fine of $10,000, which shall be paid in full by

19  the close of business on August 22, 2011.

20    3.   Defendant shall comply with General Order No. 01-05.

21    4.   Pursuant to the Sentencing Reform Act of 1984, it will

22  be the judgment of the Court that defendant be sentenced on the

23  information to a term of imprisonment of "time served."

24    5.   Within 48 hours of defendant's release from custody,

25  defendant shall depart from the United States from the Los

26  Angeles International Airport ("LAX").  Upon defendant's release

27

28                                      2

from custody, defendant shall immediately travel to and remain in a hotel within a one mile radius of LAX while awaiting a flight to depart from the United States, except: (1) to travel to the Consulate General of Israel, 6320 Wilshire Blvd. # 1700, Los Angeles CA 90048, (323) 852-5500, to obtain travel documentation and (2) to travel to LAX in order to board a flight out of the United States.

6.    Additionally, the parties request that the Court provide the following language in a minute order in order to help defendant obtain travel documents from the Consulate General of Israel, "The United District Court for the Central District of California hereby notifies the Consulate General of Israel in Los Angeles, California that defendant Meir Abergil, also known as Meir Abergel, has been sentenced by this Court to term of imprisonment of time served in the matter of <u>United States v.</u> <u>Meir Abergil</u>, No. CR 08-1033(A)-CAS, United States District Court for the Central District of California, and defendant Meir Abergil will need travel documentation in order to depart from United States."

7.    Upon release from imprisonment, defendant shall be placed on supervised release for a term of three years under the following terms and conditions:

a.    Defendant shall comply with the rules and regulations of the United States Probation Office ("Probation Office") and General Order 05-02;

b.    Defendant shall not commit any violation of local,

1 state or federal law or ordinance in the United States or Israel;

2        c.     Defendant shall refrain from any unlawful use of a

3 controlled substance.  If in the United States, defendant shall

4 submit to one drug test within 15 days of release from

5 imprisonment and at least two periodic drug tests thereafter, not

6 to exceed eight tests per month, as directed by the Probation

7 Officer;

8        d.     Defendant shall comply with the immigration rules and

9 regulations of the United States, and when **deported or having**

10 **departed** from this country, either voluntarily or involuntarily,

11 not reenter the United States illegally.  The defendant is not

12 required to report to the Probation Office while residing outside

13 of the United States; however, within 72 hours of release **from**

14 **any custody, including his current incarceration,** or any reentry

15 to the United States during the period of Court-ordered

16 supervision, defendant shall report for instructions to the

17 United States Probation Office, located at the United States

18 Court House, 312 North Spring Street, Room 600, Los Angeles,

19 California 90012;

20        e.     Defendant shall not obtain or possess any driver's

21 license, Social Security number, birth certificate, passport or

22 any other form of identification in any name, other than

23 defendant's true legal name; nor shall defendant use, for any

24 purpose or in any manner, any name other than his true legal name

25 without the prior written approval of the Probation Officer; and

26        f.     If defendant is within the United States after 72 hours

27

28



1  of release from custody, defendant shall cooperate in the

2  collection of a DNA sample from defendant.

3      g.   In addition to the special conditions of supervision

4  imposed above, it shall be ordered that the Standard Conditions

5  of Probation and Supervised Release be imposed.  <u>See</u> attachment 3

6  hereto.  The Court may change the conditions of supervision,

7  reduce or extend the period of supervision, and at any time

8  during the supervision period or within the maximum period

9  permitted by law, may issue a warrant and revoke supervision for

10  a violation occurring during the supervision period.

11      <u>Defendant's Agreement That He Has No Immigration Status</u>

12      8.   Defendant agrees that he has no legal status to remain

13  in the United States.

14      9.   This stipulation will be incorporated into the record

15  at the time of sentencing of defendant Meir Abergil.

16  DATE: August 22, 2011          Respectfully submitted,

17

18

19                                 J. MARK CHILDS
                                   Assistant United States Attorney
20                                 Attorneys for Plaintiff
                                   United States of America
21

22

23  DATE: August 22, 2011          ANTHONY P. BROOKLIER
                                   TIFFANY FEDER
24                                 Attorneys for defendant
                                   MEIR ABERGIL
25

26

27

28