# Attachment 2

# Childs, Mark (USACAC)

**From:**
**Sent:** Sunday, August 21, 2011 6:37 PM
**To:** Childs, Mark (USACAC)
**Subject:** Waknine

Mr. Childs:

Please accept this email as notification that Hai Waknine nor Assaf Waknine will not be seeking restitution of any kind from Meir Abergil or Yitzhak Abergil. Should you have any questions, please do not hesitate to contact me.

Brett A. Greenfield, Esq.
Attorney for Hai Waknine
and Assaf Waknine

Kenner Law Firm, APC
16633 Ventura Blvd, ste. 800
Encino, Ca. 91436
Ofc
Cell

1