# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No.  CR08-1033(A)-CAS                                                            Date  August 22, 2011
Present: The Honorable  CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE

|  |  | MARK CHILDS |
| --- | --- | --- |
| RITA SANCHEZ | LAURA ELIAS | PATRICK MCLOUGHLIN |
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
| --- | --- | --- | --- | --- | --- |
|  | 2) Anthony Brooklier |  |  |  | Sophia Treister |
| 2) Meir Abergil | Tiffany E. Feder | X | ☐ | ☐ | Hebrew |

**PROCEEDINGS:**      **SENTENCING AND JUDGMENT HEARING**      ☐ **Contested**    X    **Non-Evidentiary**

  **Day** ___ (if continued from a prior hearing date)

_X_  Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.         ___ Refer to separate Judgment Order.
___ Imprisonment for  Years/months   on each of counts _____
     Count(s) _____  concurrent/consecutive to count(s) _____
___ Fine of  $_____  is imposed on each of count(s) concurrent/consecutive.
     ___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____  to be served on consecutive days/weekends
     commencing _____
___ years/months Supervised Release/Probation imposed on count(s) _____
     consecutive/concurrent to count(s) _____
     under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
       ___ Perform _____  hours of community service.
       ___ Serve _____ in a CCC/CTC.
       ___ Pay  $_____  fine amounts & times determined by P/O.
       ___ Make  $_____  restitution in amounts & times determined by P/O.
       ___ Participate in a program for treatment of narcotic/alcohol addiction.
       ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
       ___ Other conditions: _____
___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
___ Pay  $_____  per count, special assessment to the United States for a total of  $_____
___ Imprisonment for  months/years  and for a study pursuant to 18 USC _____
     with results to be furnished to the Court within  days/months _____  whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
_X_ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed, as to this defendant only.
_X_ Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.     _X_ Processed statement of reasons.
___ Bond exonerated _____  upon surrender _____ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____
     at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
_X_ Defendant ordered released from custody of U.S. Marshal forthwith.
_X_ Issued Release            #D9191
___ Present bond to continue as bond on appeal.             ___ Appeal bond set at   $_____
___ Filed and distributed judgment. ENTERED.
___ Other

                                                                                                  00  :  15
                                                                    Initials of Deputy Clerk          RS

cc: